**Opinion issued April 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00158-CV

————————————

**PEGGY PALMGREN, Appellant**

**V.**

**DOW CORNING CORPORATION, MCGHAN MEDICAL CORPORATION, INAMID CORPORATION, FRANCISCO RUIZ, MD, GENERAL ELECTRIC, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-24935**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.